IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LINDA M. BENNETT,<br>    Plaintiff,<br>    v.<br>OFFICE OF PERSONNEL MANAGEMENT,<br>OFFICE OF FEDERAL EMPLOYEE'S<br>GROUP LIFE INSURANCE, and<br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>    Defendants. | 1:14CV137 |

ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation of the United States Magistrate Judge [Doc. #24] recommending that Defendant Office of Personnel Management's ("OPM") Motion to Dismiss [Doc. #14] be granted. The Recommendation was filed on October 22, 2014, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On November 5, 2014, Plaintiff filed timely Objections to the Recommendation [Doc. #26], to which Defendant OPM responded. The Court has now reviewed *de novo* the Objections and the portions of the Recommendation to which objection was made, and finds that the Objections do not change the substance of the United States Magistrate Judge's ruling. The Magistrate Judge's Recommendation [Doc. #24] is therefore affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant OPM's Motion to Dismiss [Doc. #14] be GRANTED.

This, the 15th day of December, 2014.

                                                                                                  United States District Judge